UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGH CASTERGINE,<br><br>                Plaintiff,<br><br>v.<br><br>STERLING METS FRONT OFFICE, L.L.C. and JEFFREY WILPON,<br><br>                Defendants. | 1:14-CV-5296 (WFK) (SMG)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Parties in the above-entitled action hereby stipulate and agree that Plaintiff's Complaint be and hereby is dismissed with prejudice and without costs and/or attorneys' fees to any Party. All appeals and appeal deadlines are waived.

[*Signatures on following page*]

Dated: New York, New York  
      March 13, 2015

Respectfully Submitted,

By:   /s/ Anne C. Vladeck  

    Anne C. Vladeck  
    Valdi Licul  
    1501 Broadway, Suite 800  
    New York, New York 10036  
    Tel: (212) 403-7300  
    E-mail: avladeck@vladeck.com

*Attorneys for Plaintiff Leigh Castergine*

By:   /s/ Jeffrey I. Kohn  

    Jeffrey I. Kohn  
    Erin P. Andrews  
    Times Square Tower  
    7 Times Square  
    New York, New York 10036  
    Tel: (212) 326-2000  
    E-mail: jkohn@omm.com

*Attorneys for Defendants Sterling Mets Front Office, L.L.C. and Jeffrey Wilpon*

The application is  ✓ granted.  
SO ORDERED    ___ denied.

s/WFK  
William F. Kuntz, II, U.S.D.J.  
Dated: March 13, 2015  
Brooklyn, New York